UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>   Plaintiff,<br><br>   v.<br><br>CSP-SAC, et al.,<br><br>   Defendants. | No. 2: 20-cv-1564 JAM KJN P<br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 23, 2020, the undersigned dismissed plaintiff's complaint with thirty days to file an amended complaint. (ECF No. 13.) Thirty days passed and plaintiff did not file an amended complaint.

    On October 15, 2020, plaintiff filed a notice with the court stating that he had no more envelopes. (ECF No. 16.) When plaintiff filed this notice, he was housed at the Monterey County Jail. Court records indicate that plaintiff is now housed at Wasco State Prison.

    Good cause appearing, plaintiff is granted thirty days from the date of this order to file an amended complaint.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to file an amended complaint; failure to file an amended complaint within that time will result in a recommendation of dismissal of this action.

Dated:  November 12, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rob1564.eot

2